ther of the parties, and declaratory relief is therefore unwarranted.[9]

Defendant may submit findings of fact, conclusions of law, order for judgment and form of judgment dismissing plaintiff's action and defendant's cross-action, without costs to either party, and upon proper notice.

Exceptions are allowed.

CONGER, District Judge.

Motion to compel plaintiffs to give security pursuant to section 61-b of the N.Y. General Corporation Law, McK.Consol. Laws, c. 23.

The motion is granted upon the authority of Cohen v. Beneficial Industrial Loan Corporation, 337 U.S. 541, 69 S.Ct. 1221, 93 L. Ed. 1528. Security is fixed in the sum of $35,000.

The defendant Universal has not acquiesced in plaintiffs' suggestion that the suit be dismissed. I see no reason, therefore, why such suggestion be entertained. If the defendant desires it may incorporate a condition with respect to dismissal in its order on this decision. The stay is continued meanwhile.

Settle order.

### BIRNBAUM et al. v. BIRRELL et al.

United States District Court
S. D. New York.
June 29, 1949.

See, also, D.C., 9 F.R.D. 72.

### WASSYNG v. DISABLED AMERICAN VETERANS SERVICE FOUNDATION.

United States District Court
S. D. New York.
Feb. 20, 1950.

Archibald Palmer, New York City, for Universal Laboratories, Inc. (for the motion).

Geller & Saslow, New York City, for plaintiffs in opposition to the motion.

9. Lucien Lelong, Inc. v. Lenel, Inc., et al., 5 Cir., 181 F.2d 3.